DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OSCAR W. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-410

[October 18, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 99-000724CF10A.

Richard L. Rosenbaum of Law Offices of Richard Rosenbaum, Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***